AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Eight Cellular Telephones and One Pager as more fully described herein

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___James Armstrong___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Drug Enforcement Administration___ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
1) Sprint Cellular telephone, Model: PM-8200(S), ESN: 045020685926, Telephone number: (202)276-8912, Subscribed to BILLY SIMON; 2) Sprint Cellular telephone, Model: PM-8200(S), ESN: 04504285497, Telephone number: (202) 491-9558; 3) Sprint Cellular Telephone, Model: SCP-5150, ESN 24713196602, Telephone Number: (202) 486-4017, Subscribed to GARY ROSS; 4) Sprint Cellular Telephone, Model: SCP-5150, ESN 24713723060, Telephone Number: (202) 489-7148; 5) Sprint Cellular Telephone, Model: SCP-5150, ESN 24700862212; 6) Sprint Cellular Telephone, Model: Palm Power, ESN 09600081496; 7) Motorola Pager, Serial Number: DIGIT51002; 8) Motorola Cellular Telephone, Model: ESN 25209837285; and 9) Sprint Cellular Telephone, Model: SPH-A460, ESN 06305537424

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
Information Stored in Telephones and Pager

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Rule 41(c)(1) - - Evidence of a Crime

concerning a violation of Title __21__ United States Code, Section(s) __846__. The facts to support a finding of Probable Cause are as follows:
SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

Arvind K. Lal
Washingto, D.C.
(202) 353-8833

Signature of Affiant
James Armstrong, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

Signature of Judicial Officer