AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Eight Cellular Telephones and One Pager as more fully described herein

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER: 5 - 0 6 , 9 2 - 0 9

(Further described below)

I ___James Armstrong_____, being duly sworn depose and say:

I am a(n)___Special Agent with the Drug Enforcement Administration_____ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)
1) Sprint Cellular telephone, Model: PM-8200(S), ESN: 045020685926, Telephone number: (202) 276-8912, Subscribed to BILLY SIMON; 2) Sprint Cellular telephone, Model: PM-8200(S), ESN: 04504285497, Telephone number: (202) 491-9558; 3) Sprint Cellular Telephone, Model: SCP-5150, ESN 24713196602, Telephone Number: (202) 486-4017, Subscribed to GARY ROSS; 4) Sprint Cellular Telephone, Model: SCP-5150, ESN 24713723060, Telephone Number: (202) 489-7148; 5) Sprint Cellular Telephone, Model: SCP-5150, ESN 24700862212; 6) Sprint Cellular Telephone, Model: Palm Power, ESN 09600081496; 7) Motorola Pager, Serial Number: DIGIT51002; 8) Motorola Cellular Telephone, Model: ESN 25209837285; and 9) Sprint Cellular Telephone, Model: SPH-A460, ESN 06305537424

in the District of Columbia, there is now concealed a certain person or property, namely  (describe the person or property to be searched)
Information Stored in Telephones and Pager

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Rule 41(c)(1) - - Evidence of a Crime

concerning a violation of Title __21__ United States Code, Section(s) _846_ . The facts to support a finding of Probable
Cause are as follows:
SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Arvind K. Lal
Washingto, D.C.
(202) 353-8833

Signature of Affiant
James Armstrong, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

NOV 21 2005

at Washington, D.C.

Date     ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-21-05 | 11-22-05 | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED DOCUMENTS

**FILED**

DEC 0 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x _____

Subscribed, sworn to, and returned before me this date.

_____        12/01/05
U.S. Judge or U.S. Magistrate Judge          Date

This worksheet refers to Exhibit N115-2 ESN 04504285497

My phone number information under settings menu – 202-491-9558
cbutler25@sprintpcs.com = Userid

Text Messages found in Inbox of Text Msg menu

| | | | |
|---|---|---|---|
| 301-856-5305 | 9:04am | 25-Oct | "Please call" |
| 301-856-5305 | 4:29pm | 23-Oct | "Please call" |
| Natasha | 11:01pm | 22-Oct | "Please call" |
| 301-856-5305 | 1:13pm | 22-Oct | "Please call" |
| 301-856-5305 | 10:02am | 22-Oct | "Please call" |
| Unknown | 7:15pm | 20-Oct | "Picture Mail: Important Message" |
| 301-856-5305 | 4:02pm | 18-Oct | "Please call" |
| 301-856-5305 | 1:10pm | 18-Oct | "Please call" |
| 301-856-5305 | 1:10pm | 18-Oct | "Please call" |
| 301-856-5305 | 1:49pm | 14-Oct | "Please call" |
| Natasha | 9:48pm | 12-Oct | "Please call" |
| Natasha | 9:06pm | 12-Oct | "Please call" |
| Natasha | 5:05pm | 10-Oct | "Please call" |
| 301-856-5305 | 10:58am | 7-Oct | "Please call" |
| Unknown | 9:29pm | 6-Oct | "Picture Mail: Important Message" |
| Cuz | 10:47pm | 28-Sep | "I am sorry" |

Missed Calls

| | | |
|---|---|---|
| 202-431-2322 | 11:28am | 28-Oct |
| Larayne | 10:36am | 28-Oct |
| Larayne | 10:36am | 28-Oct |
| 202-673-3267 | 12:50am | 28-Oct |
| 202-673-3267 | 12:49am | 28-Oct |
| Lamaj | 10:47pm | 27-Oct |
| Natasha | 6:20pm | 27-Oct |
| 202-431-2322 | 5:42pm | 27-Oct |
| Uno | 4:29pm | 27-Oct |
| Shirayne | 5:32am | 27-Oct |
| 202-438-3864 | 9:23pm | 26-Oct |
| 202-431-2322 | 8:30pm | 26-Oct |
| 202-431-2322 | 7:32pm | 26-Oct |
| 202-431-2322 | 7:16pm | 26-Oct |
| 202-438-3864 | 6:44pm | 26-Oct |
| Gerae | 6:37pm | 26-Oct |
| Larayne | 6:10pm | 26-Oct |
| Hubby | 6:06pm | 26-Oct |
| Ms Tine | 3:35pm | 26-Oct |
| Ms Tine | 3:34pm | 26-Oct |

Outgoing Calls

| | | |
|---|---|---|
| Voicemail | 2:19pm | 1-Nov |
| 202-431-2322 | 1:52pm | 1-Nov |
| Shirayne | 1:01am | 28-Oct |
| 301-856-5305 | 11:21pm | 27-Oct |
| Lamaj | 9:33pm | 27-Oct |
| Hubby | 9:06pm | 27-Oct |
| Larayne | 8:21pm | 27-Oct |
| Ms Tine | 8:18pm | 27-Oct |
| Natasha | 6:20pm | 27-Oct |
| Uno | 5:30pm | 27-Oct |
| 202-438-3864 | 12:48am | 27-Oct |
| Marshall | 11:39pm | 26-Oct |
| Natasha | 11:22pm | 26-Oct |
| Sona | 5:34pm | 26-Oct |
| Gerae | 5:33pm | 26-Oct |
| 301-324-9047 | 12:22pm | 26-Oct |
| 202-397-7750 | 11:50am | 26-Oct |
| 202-425-5297 | 11:20am | 26-Oct |
| 301-351-5451 | 12:57pm | 25-Oct |
| 202-436-2397 | 12:53pm | 25-Oct |

| names_full | numbers_number | numbers_type | numbers_number | numbers_type | numbers_number |
|---|---|---|---|---|---|
| All Bassed Up | 3018642700 | office | | | |
| Ced | 2023526988 | cell | | | |
| Chanel DC | 7038470555 | office | | | |
| Chelle | 3013431932 | cell | | | |
| Cuz | 2022152096 | cell | | | |
| Dave | 2402376091 | cell | | | |
| Dee Dee | 2023454473 | cell | | | |
| Detail Man | 3015235950 | cell | | | |
| G | 2403505820 | cell | | | |
| Gerae | 2028892247 | home | | | |
| Hey Mels HeyMels | 2024096689 | cell | 3016691855 | home | |
| Hubby | 3013408594 | home | 2024896522 | cell | |
| Lamaj | 2022763375 | cell | 2027231666 | home | 2027235595 |
| Larayne | 3012481357 | home | 2024376835 | cell | |
| Louse | 2023993749 | home | | | |
| Marilyn | 2022850088 | cell | | | |
| Marshall | 2024389760 | cell | 2025814410 | home | |
| Mo | 3014407917 | cell | | | |
| Ms Tine | 2026821097 | home | | | |
| Natasha | 2022578646 | cell | 3017738335 | home | |
| Passcode | 5763 | data | | | |
| Pat Boone | 2024090069 | cell | | | |
| Renee | 2026784104 | cell | | | |
| Shirayne | 2024975272 | cell | 3018684903 | home | |
| Sona | 2403509744 | cell | | | |
| Tiffany | 2405931789 | cell | | | |
| Tricia | 3019674134 | home | | | |
| Trina | 2024975760 | cell | | | |
| Tuffy | 2024385281 | cell | | | |
| Uno | 2025831192 | home | | | |

numbers_type

office

Incoming Calls

| | | |
|---|---|---|
| 202-673-3267 | 1:01am | 28-Oct |
| Natasha | 9:34pm | 27-Oct |
| 202-431-2322 | 8:34pm | 27-Oct |
| Hubby | 8:24pm | 27-Oct |
| Larayne | 6:48pm | 27-Oct |
| Ms Tine | 6:19pm | 27-Oct |
| 202-678-0299 | 3:54pm | 27-Oct |
| 202-548-4059 | 2:28pm | 27-Oct |
| Shirayne | 12:57am | 27-Oct |
| Lamaj | 12:20am | 27-Oct |
| 202-438-3864 | 10:59pm | 26-Oct |
| 301-856-5305 | 10:39pm | 26-Oct |
| 202-425-5297 | 8:46pm | 25-Oct |
| 202-210-5221 | 7:54pm | 25-Oct |
| All Bassed Up | 4:54pm | 25-Oct |
| Detail Man | 10:47am | 25-Oct |
| 202-341-9230 | 10:40am | 25-Oct |
| 202-436-2397 | 10:38am | 25-Oct |
| 202-673-3125 | 4:12pm | 24-Oct |
| Lamaj | 5:09pm | 23-Oct |

This spreadsheet refers to Exhibit N102-1 ESN 24713196602

202-486-4017  Found in My Phone number menu
gross191@sprintpcs.com = Current user

Missed Calls

| | | |
|---|---|---|
| 240-432-4603 | 6:37pm | 27-Oct |
| Alia | 11:54am | 27-Oct |
| 301-780-8388 | 10:55 PM | 3-Oct |
| Kelley | 11:22pm | 2-Oct |
| Unavailable ID | 9:23pm | 2-Oct |
| 301-780-8388 | 7:42pm | 2-Oct |
| Bk | 5:17pm | 2-Oct |
| Jo | 1:38pm | 2-Oct |
| 202-361-9370 | 1:04am | 2-Oct |
| 202-361-9370 | 12:34am | 2-Oct |
| Kasandra | 11:05pm | 1-Oct |
| 301-505-5092 | 9:11pm | 1-Oct |
| 301-505-5092 | 8:47pm | 1-Oct |
| 301-780-8388 | 8:18pm | 1-Oct |
| Bk | 7:17pm | 1-Oct |
| B | 6:54pm | 1-Oct |
| 202-297-5254 | 5:34pm | 1-Oct |
| 202-256-7707 | 5:29pm | 1-Oct |
| Unavailable ID | 2:36pm | 1-Oct |
| Len | 2:07pm | 1-Oct |

Incoming Calls

| | | |
|---|---|---|
| Erica | 9:05am | 27-Oct |
| 301-484-2037 | 1:14pm | 3-Oct |
| Jo | 12:30pm | 3-Oct |
| 301-440-7480 | 10:56am | 3-Oct |
| 202-439-3093 | 9:47pm | 2-Oct |
| 301-780-8388 | 8:56pm | 2-Oct |
| 202-361-9370 | 8:34pm | 2-Oct |
| Bk | 5:01pm | 2-Oct |
| Kasandra | 1:29pm | 2-Oct |
| 202-529-0804 | 12:07am | 2-Oct |
| Unavailable ID | 9:20pm | 1-Oct |
| Alia | 8:58pm | 1-Oct |
| B | 6:38pm | 1-Oct |
| Tif | 2:28pm | 1-Oct |
| 202-297-5254 | 2:09 PM | 1-Oct |
| Jery | 9:04am | 1-Oct |
| 202-439-7993 | 11:44pm | 30-Sep |
| 202-529-0802 | 1:07pm | 30-Sep |
| 202-489-6522 | 9:56pm | 29-Sep |
| 540-720-6048 | 5:57pm | 29-Sep |

Outgoing Calls

| | | | |
|---|---|---|---|
| 301-484-2037 | 3:20pm | | 28-Oct |
| Alia | 3:18pm | | 28-Oct |
| 917-660-8873 | 3:16pm | | 28-Oct |
| Big Man | | 3:15 PM | 28-Oct |
| Erica | 11:25pm | | 27-Oct |
| *674971256 | 7:05pm | | 27-Oct |
| Voicemail | 7:02pm | | 27-Oct |
| Tashanda | 12:59pm | | 27-Oct |
| Tace | 12:58pm | | 27-Oct |
| Jn | 11:51am | | 27-Oct |
| 489-6522 | 11:16am | | 27-Oct |
| 345-6645 | 11:14am | | 27-Oct |
| Anthia | 11:10am | | 27-Oct |
| Jery | 9:07am | | 27-Oct |
| Cust Solutions | 1:12am | | 27-Oct |
| 240-432-4603 | 11:57pm | | 3-Oct |
| 301-731-6009 | 11:24pm | | 3-Oct |
| 301-440-7480 | 1:21pm | | 3-Oct |
| 829-4843 | 12:43pm | | 3-Oct |
| 301-780-8388 | 8:50pm | | 2-Oct |

| names_full | numbers_number | numbers_type |
|---|---|---|
| Aji | 7036293035 | cell |
| Alia | 2024899309 | cell |
| Amie | 3012139267 | cell |
| Angie | 2024864489 | cell |
| Anthia | 2024425429 | cell |
| B | 2024096035 | cell |
| B K | 2404754530 | cell |
| B M Rob | 2404175372 | cell |
| Bg | 2404320348 | cell |
| Big Man | *696463356141 | cell |
| Bk | 2404013449 | cell |
| Bk | 3019226380 | cell |
| Boo | 2022153577 | cell |
| Brija | 3136176014 | cell |
| Ciara | 2583632 | cell |
| Cl | 3013327463 | cell |
| Cuz | 2022466971 | cell |
| Daren | 3015744583 | cell |
| Delilah | 8624526255 | cell |
| Dk | 2024094261 | cell |
| Ed | 2022851384 | cell |
| Erica | 3012371080 | cell |
| Grg | 2023025417 | cell |
| Iesha | 4137242 | cell |
| J | 3015375090 | cell |
| Jamie | 3017921670 | cell |
| Jery | 9173120010 | cell |
| Jessica | 7034990222 | cell |
| Jn | 2022776893 | cell |
| Jo | 2022077387 | cell |
| K k k | 2404413073 | cell |
| K K | 2408938524 | cell |
| Karla | 2022439449 | cell |
| Kasandra | 2402866926 | cell |
| Kasol | 7033931334 | home |
| Kelley | 3014049622 | cell |
| Kieda | 3013460810 | cell |
| Kim | 2024137760 | cell |
| Kisha | 2025289396 | cell |
| L | 8187824323 | cell |
| L Boo | 2024972809 | cell |
| Leah | 2022700085 | cell |
| Len | 3013798441 | cell |
| Lidia | 2022766607 | cell |
| Lil M | 2404175322 | cell |
| Loke | 2022972608 | cell |
| Mahlet | 2405932470 | cell |
| Mark | 3016699788 | cell |
| Melanie | 2026077416 | cell |
| Michele | 2023914602 | cell |

| | | |
|---|---|---|
| Mooki | 2024688352 | cell |
| Mr HOMES | 2022347477 | cell |
| Ms Jeri | 2022569587 | cell |
| Nieka | 2023453469 | cell |
| Nq | 5386677 | cell |
| Peppa | 2023590338 | cell |
| R | 5386639 | cell |
| Raika | 2024988602 | cell |
| Ravi | 4045187414 | cell |
| Rebeca | 2024093500 | cell |
| Reesie | 2023909336 | cell |
| Reggie | 7037867599 | cell |
| Rhonda | 2025182395 | cell |
| Ro | 2404329319 | cell |
| Rob | 2023692732 | cell |
| Selam | 7038696459 | cell |
| Shaka | 2024397928 | cell |
| Shavon | 3014429584 | cell |
| Tace | 2022771932 | cell |
| Tanu | 3014379488 | cell |
| Tasha 1 | 2403538440 | cell |
| Tashanda | 2024395618 | cell |
| Tia | 2023975985 | home |
| Tif | 2023400756 | cell |
| Tim C | 2775090 | cell |
| TMAN | 7036750875 | cell |
| Trish | 2022075846 | cell |
| Twala | 2022714846 | cell |
| Ty | 2024131993 | cell |
| Wdy | 2024218018 | cell |
| Z0 | 2023308432 | cell |
| 0mar | 2024386847 | cell |

This worksheet refers to Exhibit N102-3 ESN 24713723060

Phone Nur 202-489-7148 in "My Phone" Information
GWEST98@sprintpcs.com = UserID

Missed Calls

| | | |
|---|---|---|
| 202-256-8772 | 8:43pm | 7-Nov |
| Unavailiable ID | 8:21pm | 6-Nov |
| Unavailiable ID | 2:22pm | 6-Nov |
| Unavailable ID | 6:12pm | 5-Nov |
| 202-907-7178 | 3:48pm | 5-Nov |
| Unavailable ID | 12:01pm | 5-Nov |
| 202-271-1717 | 12:25am | 5-Nov |
| Unavailable ID | 9:04pm | 4-Nov |
| 202-581-6807 | 8:21pm | 4-Nov |
| Private | 6:57am | 4-Nov |
| Jerry | 12:41am | 4-Nov |
| Unavailable ID | 9:25pm | 3-Nov |
| 202-607-6430 | 7:29pm | 3-Nov |
| Unavailable ID | 4:31pm | 3-Nov |
| 301-721-0900 | 1:06pm | 3-Nov |
| Unavailable ID | 7:13pm | 2-Nov |
| Unavailable ID | 6:12pm | 2-Nov |
| Unavailable ID | 4:51pm | 2-Nov |
| Jerry | 2:59pm | 2-Nov |
| Unavailable ID | 12:49pm | 2-Nov |

Incoming Calls

| | | |
|---|---|---|
| 202-489-9309 | 12:09am | 28-Oct |
| 301-780-8388 | 11:30pm | 27-Oct |
| Jo | 11:14pm | 27-Oct |
| 202-518-5256 | 10:55pm | 27-Oct |
| 202-529-0802 | 9:41pm | 27-Oct |
| 202-439-7993 | 8:29pm | 27-Oct |
| 202-439-3093 | 8:00 PM | 27-Oct |
| Private | 7:55pm | 27-Oct |
| Private | 2:46pm | 27-Oct |
| Greg | 12:15pm | 27-Oct |
| Bk | 10:30pm | 26-Oct |
| Jerry | 10:16pm | 26-Oct |
| Jn | 10:11pm | 26-Oct |
| 202-361-9370 | 8:56pm | 26-Oct |
| 202-489-6522 | 7:55pm | 26-Oct |
| 240-432-6616 | 5:43pm | 26-Oct |
| 301-484-2037 | 5:15pm | 26-Oct |
| J S | 5:02pm | 26-Oct |
| MOO | 3:59pm | 26-Oct |
| Zo | 3:33pm | 26-Oct |

Outgoing Calls

| | | |
|---|---|---|
| 202-489-9309 | 12:09am | 28-Oct |
| 390-5131 | 11:06pm | 27-Oct |
| Jo | 11:02pm | 27-Oct |
| 202-529-0802 | 9:42pm | 27-Oct |
| 297-5254 | 8:37pm | 27-Oct |
| 439-7993 | 8:32pm | 27-Oct |
| Jn | 8:15pm | 27-Oct |
| Voicemail | 8:03pm | 27-Oct |
| 439-3093 | 7:59pm | 27-Oct |
| Ed | 7:48pm | 27-Oct |
| 301-505-5092 | 7:40pm | 27-Oct |
| 489-6522 | 7:09pm | 27-Oct |
| 703-582-5976 | 3:42pm | 27-Oct |
| 829-4843 | 3:38pm | 27-Oct |
| J S | 1:37pm | 27-Oct |
| 361-9370 | 1:02pm | 27-Oct |
| Jerry | 12:39pm | 27-Oct |
| Account Info | 12:38pm | 27-Oct |
| Greg | 9:58pm | 26-Oct |
| 256-8772 | 8:21pm | 26-Oct |

| names_full | numbers_number | numbers_type |
|---|---|---|
| Ali | 7036293035 | cell |
| Allison | 4102128189 | cell |
| Amber | 7024005457 | cell |
| Ant | 2026364545 | cell |
| Antanet | 2026786635 | cell |
| Bk | 2404013449 | cell |
| Daria | 3017854888 | cell |
| Ed | 2022851384 | cell |
| Greg | 2023025417 | cell |
| Hub Cap Hv | 3017733733 | cell |
| Iesha | 2024137242 | cell |
| J S | 3456645 | cell |
| Jack | 2022579160 | cell |
| Jerry | 9173120010 | cell |
| Jn | 2022776893 | cell |
| Jo | 2022077387 | cell |
| Joy | 2023156471 | cell |
| Jue | 2024985125 | cell |
| Ken Bowen | 3019087617 | cell |
| Kieth | 2408937739 | cell |
| KK | 2404413073 | cell |
| L Boo | 2024972809 | cell |
| Lary | 2023596422 | cell |
| Len | 3013798441 | cell |
| Meeka | 2023453469 | cell |
| MOO | 2022158793 | cell |
| Mr Homes | 2022347477 | cell |
| Nada | 2404624566 | cell |
| Oela | 3014045333 | cell |
| Omar | 2024386847 | cell |
| Reef | 3014045444 | cell |
| Sanchez | 2029576584 | cell |
| Shooter | 2023692732 | cell |
| Sn | 2022854061 | cell |
| Tasha | 2403538440 | cell |
| Tman | 7036750875 | cell |
| W | 2023554267 | cell |
| Wn | 2405938011 | cell |
| Zo | 2023916994 | cell |

This worksheet refers to Exhibit N102-4 ESN 24700862212

202-270-4636  My PCS Number found in "My Profile" menu

Missed Calls

| | | |
|---|---|---|
| 202-359-5533 | 12:17pm | 19-Jun |
| 202-359-5533 | 12:04pm | 19-Jun |
| 202-359-5533 | 11:54am | 19-Jun |
| 202-359-5533 | 11:44am | 19-Jun |
| 202-359-5533 | 11:30am | 19-Jun |
| B | 12:23pm | 18-Jun |
| Greg | 8:38pm | 17-Jun |
| 202-439-7993 | 7:52pm | 17-Jun |
| Bil | 6:49pm | 17-Jun |
| B | 5:49pm | 17-Jun |

Missed Calls

| | | |
|---|---|---|
| 202-359-5533 | 12:17pm | 19-Jun |
| 202-359-5533 | 12:04pm | 19-Jun |
| 202-359-5533 | 11:54am | 19-Jun |
| 202-359-5533 | 11:44am | 19-Jun |
| 202-359-5533 | 11:30am | 19-Jun |
| B | 12:23pm | 18-Jun |
| Greg | 8:38pm | 17-Jun |
| 202-439-7993 | 7:52pm | 17-Jun |
| Bil | 6:49pm | 17-Jun |
| B | 5:49pm | 17-Jun |

Incoming Calls

| 240-351-3221 | 4:24am | 21-Jun |
| 202-832-9712 | 8:45pm | 20-Jun |
| 202-832-5300 | 7:48pm | 20-Jun |
| 202-439-7993 | 3:22pm | 20-Jun |
| Bil | 2:27pm | 20-Jun |
| 703-241-0287 | 2:05pm | 20-Jun |
| 202-359-5533 | 9:23pm | 19-Jun |
| Dave | 9:04pm | 19-Jun |
| Greg | 5:42pm | 19-Jun |
| 301-731-6009 | 11:22pm | 18-Jun |

Outgoing Calls

| | | |
|---|---|---|
| 301-772-2066 | 11:16am | 5-Jul |
| Voicemail | 5:37pm | 22-Jun |
| 240-351-3221 | 1:10pm | 22-Jun |
| 301-573-5484 | 10:25am | 21-Jun |
| 246-8558 | 9:55am | 21-Jun |
| Customer care | 9:51am | 21-Jun |
| 703-528-3365 | 1:39am | 21-Jun |
| 301-982-5855 | 12:16am | 21-Jun |
| Bil | 10:01pm | 20-Jun |
| 202-832-9712 | 8:51pm | 20-Jun |

Phone book address entries

| FirstName | HomePhor | MobilePhone | Pager |
|-----------|----------|-------------|-------|
| - | | 3012666199 | |
| 009 | | | 3014465787 |
| AD | | 2023684113 | |
| Ali | | 7036234039 | |
| Anwon | | 2023596247 | |
| Arika | | 2025500843 | |
| B | | 2024096035 | |
| Barber K | | 3017178545 | |
| Bil | | 3014370741 | |
| Boodu | | 2022567707 | |
| C | | 7736980615 | 7739860615 |
| D | | 2024094261 | |
| D Jo | | 2024097861 | |
| Dave | | 2023456481 | |
| Dv | | 2023292919 | |
| Ed | | 2022851384 | |
| Gene | | 3015370341 | |
| Greg | | 2023025417 | |
| Jo Jo | | 2029038472 | |
| Jo | | | 8376442 |
| Mal | | 2025285181 | |
| Mamma | 2025297852 | | |
| Mike | | 2404176088 | |
| Moo | | 2023913947 | |
| Nada Woop | | 3013457209 | |
| Phil | | 2023595759 | |
| Put | | 2022108903 | |
| R | | 2023216453 | |
| Ranga | | 2025283726 | |
| Renzo | | 3213517 | |
| Rik | | 2022106837 | |
| Rob | | 2023692732 | |
| Rome | | 2024418264 | |
| Shavon | | 2404600273 | |
| Tag Man | | 7036750875 | |
| Terry | | 2023740064 | |
| Tony | | 4397232 | |
| W2 | | 6463725824 | |
| W9 | | *674044340494 | |
| Woop | | 9172162218 | |
| Yak | | 2022702362 | |

This worksheet refers to Exhibit N115-1 ESN 04502685926

Phone number for cell phone displayed in  My phone #  menu  202-276-8912
Ramartin40@sprintpcs.com - User ID

Incoming and Missed Calls

Both logs empty

Text Messages in Inbox marked as "Read"

| | | |
|---|---|---|
| 202-439-7928 | 3:22pm | 18-Aug "Please call" |
| 202-439-7928 | 7:05pm | 16-Aug "Please call" |
| 240-350-9441 | 11:27am | 16-Aug "Please call" |
| 202-832-1937 | 8:58pm | 4-Aug "Please call" |
| 202-207-6762 | 5:22pm | 4-Aug "Thank u" |
| 202-207-6762 | 11:55am | 31-Jul "I don't have a babysitt |

Outgoing Calls

Earnshaw  1:08pm        29-Nov

| names_full | numbers_number | numbers_type |
|---|---:|---|
| A | 3013509367 | cell |
| Adad | 84530709 | cell |
| Bin | 2023590339 | cell |
| Bobdo | 2022567707 | cell |
| Bober | 2025264833 | cell |
| Collingtonestate | 3012493358 | cell |
| Dave | 3013323015 | cell |
| Dm | 2024255297 | cell |
| Earnshaw | 3017823671 | cell |
| G | 2024864017 | cell |
| Hole | 2022347477 | cell |
| James | 3017921670 | cell |
| Mike | 2022975254 | cell |
| Woodyard | 3018777537 | cell |